UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, on its own behalf and in its capacity as Conservator for Federal National Mortgage Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; RONDA PORRINI, in her official capacity as City Land Use Administrator; DAVID BLACKWELL, SR., in his official capacity as City Anti-Blight Officer; ARTHUR J. DAVIES, in his official capacity as Connecticut State Marshal,<br><br>Defendants. | Civil Action No. 3:20-cv-01320-MPS<br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 12, 2020 |

**LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiffs Federal Housing Finance Agency ("FHFA" or "Conservator"), on its own behalf and as Conservator of and on behalf of the Federal National Mortgage Association ("Fannie Mae"), and Fannie Mae submit the following Statement of Undisputed Material Facts.

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. On September 6, 2008, James B. Lockhart, III, then Director of FHFA, placed Fannie Mae and Freddie Mac into conservatorships and appointed FHFA as conservator.[1] The purpose of the conservatorship is "reorganizing, rehabilitating or winding up [the Enterprises'] affairs." 12 U.S.C. § 4617(a)(2). Fannie Mae remains in such conservatorship today. Declaration of Erich Ludwig ("Fannie Mae Decl.") (attached at 03-00), ¶ 3.

---

[1] This fact is subject to judicial notice under Federal Rule of Evidence 201(b) as it is a matter of common knowledge and readily determined from sources whose accuracy cannot reasonably be questioned. *See, e.g.*, FHFA, History of Fannie Mae & Freddie Mac Conservatorships, http://www.fhfa.gov/Conservatorship.

2. On April 27, 2007, Kevin D. Parham recorded a Warranty Deed in the public records of Ansonia, Connecticut which transferred title in real property located at 66 Benz Street, Ansonia, Connecticut 06401 ("Property") to Mr. Parham. Fannie Mae Decl., ¶ 4, Ex. 03-01 (citing Warranty Deed).

3. An open ended mortgage deed listing Kevin D. Parham as the borrower ("Borrower"); American Brokers Conduit as the lender ("Lender"); and Mortgage Electronic Registration Systems, Inc. ("MERS"), as beneficiary solely as nominee for Lender and Lender's successors and assigns, was executed on April 25, 2007, and recorded on April 27, 2007 ("Deed of Trust"). Fannie Mae Decl., ¶ 5, Ex. 03-02 (citing Open Ended Mortgage Deed). The Deed of Trust granted Lender a security interest the Property to secure the repayment of a loan in the original amount of $208,000 to the Borrower. *Id.*

4. On October 17, 2011, MERS recorded an assignment of the Deed of Trust to Wells Fargo Bank, N.A. ("Wells Fargo"). Fannie Mae Decl., ¶ 6, Ex. 03-03 (citing Corporate Assignment of Mortgage).

5. On June 3, 2019, Wells Fargo recorded a Certificate of Foreclosure stating that on May 7, 2019, "title to [the Property] became absolute in" Wells Fargo. Fannie Mae Decl., ¶ 7, Ex. 03-04 (citing Certificate of Foreclosure).

6. Following Fannie Mae's purchase of the Property at a foreclosure sale, on May 31, 2019, Wells Fargo Bank, N.A. ("Wells Fargo") executed a Quit-Claim Deed that transferred title in the Property to Fannie Mae. Fannie Mae Decl., ¶ 8, Ex. 03-05 (citing Quit Claim Deed).

7. On June 5, 2019, the City of Ansonia, acting through its Blight Enforcement Officer David Blackwell, Sr., executed a "Blight Lien and Certification of Continuing Lien"

("Blight Lien") against the Property which the City of Ansonia recorded on June 6, 2019 in the public records of the City of Ansonia. Fannie Mae Decl., ¶ 9, Ex. 03-06 (citing Blight Lien).

8. The Blight Lien provides for a $100 per day charge for the first thirty days and then a $250 per day charge thereafter as of May 8, 2019 and until the blighted condition of the Property is abated. *Id.*

9. On June 10, 2019, a Fannie Mae authorized agent recorded the Quit Claim Deed in the public records of the City of Ansonia. Fannie Mae Decl., ¶ 8, Ex. 03-05 (citing Quit Claim Deed).

10. On or about July 3, 2020, Connecticut State Marshal Arthur J. Davies sent an Alias Warrant to Fannie Mae, through its authorized agent, seeking to collect an anti-blight fine in the amount of $81,600, which reflects the total amount of the daily fees under the Blight Lien. Fannie Mae Decl., ¶ 10, Ex. 03-07 (citing Alias Warrant). Including a 15% Marshal Fee, the total fine amounted to $93,840. *Id.*

11. The Alias Warrant provides the following accounting for the anti-blight fine under the Blight Lien for a total fine of $81,600:

- 05/08/2019 to 05/31/2019:    $2,400
- 06/07/2019 to 06/30/2019:    $6,000
- 07/01/2019 to 12/31/2019:    $46,000
- 01/01/2020 to 04/13/2020:    $26,000

*Id.*

12. The Alias Warrant states that the City of Ansonia had spent "$ 000" on "Remediation" of the Property. *Id.*

**RESPECTFULLY SUBMITTED,**

**PLAINTIFFS,**

**FEDERAL HOUSING FINANCE AGENCY, on its own behalf and in its capacity as Conservator for Federal National Mortgage Association**

By: */s/ James A. Budinetz*
  James A. Budinetz (ct16068)
  McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
  One State Street, 14th Floor
  Hartford, CT 06103-3102
  T: (860) 522-5175
  F: (860) 522-2796
  Email:  jbudinetz@mdmc-law.com
                and
  Howard N. Cayne, Esq. (*pro hac vice* admission to be sought)
  Asim Varma, Esq. (*pro hac vice* admission to be sought)
  Michael A.F. Johnson, Esq. (*pro hac vice* admission to be sought)
  ARNOLD & PORTER KAYE SCHOLER LLP
  601 Massachusetts Avenue
  Washington, D.C. 20001
  T: (202) 942-5000
  F: (202) 942-5999
  Email:  howard.cayne@arnoldporter.com
      asim.varma@arnoldporter.com
      michael.johnson@arnoldporter.com

**and**

By: */s/ Andrew L. Baldwin*
  Andrew L. Baldwin (ct29171)
  GOLDBERG SEGALLA, LLP
  100 Pearl Street, Suite 1100
  Hartford, CT 06103-4506
  T: (860) 760-3328
  F: (860) 760-3313
  Email:  abaldwin@goldbergsegalla.com

**<u>CERTIFICATION</u>**

  I hereby certify that on November 12, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail (or personal service) to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

            <u>/s/ James A. Budinetz</u>
             James A. Budinetz