UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, on its own behalf and in its capacity as Conservator for Federal National Mortgage Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; RONDA PORRINI, in her official capacity as City Land Use Administrator; DAVID BLACKWELL, SR., in his official capacity as City Anti-Blight Officer; ARTHUR J. DAVIES, in his official capacity as Connecticut State Marshal,<br><br>Defendants. | Civil Action No.  3:20-cv-01320-MPS<br><br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Erich Ludwig, under penalty of perjury, declare as follows:

1. My name is Erich Ludwig. I have personal knowledge of an am competent to testify to the matters stated here by virtue of my position as Assistant Vice President for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States.

2. As Assistant Vice President for Fannie Mae, I am familiar with its business activities.

3. On September 6, 2008, the Federal Housing Finance Agency ("FHFA") placed Fannie Mae into conservatorship. Since that time and through to present day, Fannie Mae remains in FHFA's conservatorship.

4.      On April 27, 2007, Kevin D. Parham recorded a Warranty Deed in the public records of Ansonia, Connecticut which transferred title in real property located at 66 Benz Street, Ansonia, Connecticut 06401 ("Property") to Mr. Parham. Attached is a true and correct copy of the recorded Warranty Deed. Ex. 03-01.

5.      An open ended mortgage deed listing Kevin D. Parham as the borrower ("Borrower"); American Brokers Conduit as the lender ("Lender"); and Mortgage Electronic Registration Systems, Inc. ("MERS"), as beneficiary solely as nominee for Lender and Lender's successors and assigns, was executed on April 25, 2007, and recorded on April 27, 2007 ("Deed of Trust"). The Deed of Trust granted Lender a security interest in the Property to secure the repayment of a loan in the original amount of $208,000 to the Borrower. Attached is a true and correct copy of the recorded Deed of Trust. Ex. 03-02.

6.      On October 17, 2011, MERS recorded an assignment of the Deed of Trust to Wells Fargo Bank, N.A. ("Wells Fargo"). Attached is a true and correct copy of the Corporate Assignment of Mortgage. Ex. 03-03.

7.      On June 3, 2019, Wells Fargo recorded a Certificate of Foreclosure stating that on May 7, 2019, "title to [the Property] became absolute in" Wells Fargo. Attached is a true and correct copy of the recorded Certificate of Foreclosure. Ex. 03-04.

8.      Following Fannie Mae's purchase of the Property at a foreclosure sale, on May 31, 2019, Wells Fargo Bank, N.A. ("Wells Fargo") executed a Quit-Claim Deed that transferred title in the Property to Fannie Mae. On June 10, 2019, Fannie Mae's authorized agent recorded the Quit Claim Deed in the public records of the City of Ansonia. Attached is a true and correct copy of the recorded Quit Claim Deed. Ex. 03-05.

US 168506641v4

9. On June 5, 2019, the City of Ansonia, acting through its Blight Enforcement Officer David Blackwell, Sr., executed a "Blight Lien and Certification of Continuing Lien" (the "Blight Lien") against the Property which the City of Ansonia recorded on June 6, 2019 in the public records of the City of Ansonia. Attached is a true and correct copy of the recorded Blight Lien. Ex. 03-06.

10. On or about July 3, 2020, Connecticut State Marshal Arthur J. Davies sent an Alias Warrant to Fannie Mae, through its authorized agent, seeking to collect an anti-blight fine in the amount of $81,600, which reflects the total amount of the daily fees under the Blight Lien. Including a 15% Marshal Fee, the total fine amounted to $93,840. Attached is a true and correct copy of the Alias Warrant. Ex. 03-07.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2020.

Erich Ludwig
Assistant Vice President
Federal National Mortgage Association

-3-