UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, on its own behalf and in its capacity as Conservator for Federal National Mortgage Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; RONDA PORRINI, in her official capacity as City Land Use Administrator; DAVID BLACKWELL, SR., in his official capacity as City Anti-Blight Officer; ARTHUR J. DAVIES, in his official capacity as Connecticut State Marshal,<br><br>Defendants. | Civil Action No. 3:20-cv-01320-MPS<br><br><br><br><br><br><br><br><br><br>November 25, 2020 |

**JOINT MOTION TO STAY DISCOVERY AND RELATED SCHEDULING DEADLINES PENDING RESOLUTION OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Federal Housing Finance Agency ("FHFA") and Federal National Mortgage Association ("Fannie Mae") and defendants City of Ansonia ("Ansonia"), Rhonda Porrini, David Blackwell, Sr., and Arthur J. Davies, jointly move pursuant to Fed. R. Civ. P. 26(c) and this Court's inherent authority, for a stay of discovery in this matter and toll their obligations to schedule trial-related deadlines until the Court rules on Plaintiffs' Motion for Summary Judgment (Dkt. No. 18) filed on November 12, 2020.

In support thereof, the parties represent as follows:

1. Plaintiffs commenced this action by Complaint filed September 4, 2020. The action sounds in three counts, and seeks a declaratory judgment that certain liens and fines imposed pursuant to Ansonia's Municipal Code on a piece of real property located in Ansonia, Connecticut are void because they conflict with and are preempted by the federal Housing and Economic Recovery Act of 2008, codified at 12 U.S.C. § 4511, *et seq*. The remaining counts seek to quiet title and related injunctive relief.

2. The defendants were served at various dates during the first half of September, 2020. Jurisdiction and venue are not contested.

3. Plaintiffs' summary judgment seeks resolution of the purely legal issue of whether the federal Housing and Economic Recovery Act of 2008 pre-empts and renders null and void the anti-blight liens and fines imposed pursuant to Ansonia Municipal Code. Ansonia will be filing an opposition to Plaintiffs' Motion for Summary Judgment, and denies the liens and fines are preempted.

4. The parties have conferred and agree that this case presents a purely legal issue concerning the enforceability of the liens and fines at issue. The parties further agree that discovery is not needed, and resolution of the summary judgment motion will, in all likelihood, resolve this matter.

5. As a result, the parties respectfully ask this Court to stay all discovery pending resolution of the Motion for Summary Judgment, and to similarly toll the parties' obligations to provide deadlines for submission of a Joint Trial Memorandum and a trial readiness date.

6. Pursuant to Fed. R. Civ. P. 26(c), the court has the discretion to stay discovery for "good cause and . . . good cause may be shown where a party has filed . . . a dispositive motion." *Cuatero v. United States*, 2006 WL 3190521, at *1 (D. Conn. Nov. 1, 2006) (internal quotations omitted). This Court also has the inherent authority to manage its docket, which includes the power to stay proceedings in the interest of economy of time and effort. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936) ("power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Courts have frequently granted motions to stay discovery pending resolution of a motion for summary judgment in the interest

of efficiency. *See*, *e.g.*, *Wyrick v. Underwriters at Lloyds, London*, 2007 WL 1894189, at *1 (D. Conn. July 2, 2007) (granting motion to stay discovery pending court's ruling on motion for summary judgment); *Turyan v. Liebman LLC*, 2007 WL 4591787, at *1 (E.D.N.Y. Dec. 28, 2007) (granting motion to stay discovery pending resolution of summary judgment motions).

7. Putting in place a discovery schedule that the parties believe is unnecessary may lead the parties to prophylactically propound discovery so as not to be precluded from doing so in the highly unlikely event the summary judgment does not resolve the matter. This would require the expenditure of unnecessary effort and resources by the parties.

8. Counsel for all parties have conferred and agree that a stay of discovery and a tolling of the obligation to set trial-related deadlines is in the interest of all parties.

Based on the foregoing, the parties respectfully submit that good cause exists for the stay requested, and ask that the joint motion be granted.

**RESPECTFULLY SUBMITTED,**

**PLAINTIFFS,**

**FEDERAL HOUSING FINANCE AGENCY, on its own behalf and in its capacity as Conservator for Federal National Mortgage Association**

By: */s/   James A. Budinetz*
James A. Budinetz (ct16068)
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
One State Street, 14th Floor
Hartford, CT 06103-3102
T: (860) 522-5175
F: (860) 522-2796
Email:  jbudinetz@mdmc-law.com

and

    Howard N. Cayne, Esq. (*pro hac vice* admission to be sought)
    Asim Varma, Esq. (*pro hac vice* admission to be sought)
    Michael A.F. Johnson, Esq. (*pro hac vice* admission to be sought)
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Avenue
    Washington, D.C. 20001
    T: (202) 942-5000
    F: (202) 942-5999
    Email:  howard.cayne@arnoldporter.com
            asim.varma@arnoldporter.com
            michael.johnson@arnoldporter.com

**and**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

By: */s/*                                 
    Andrew L. Baldwin (ct29171)
    GOLDBERG SEGALLA, LLP
    100 Pearl Street, Suite 1100
    Hartford, CT 06103-4506
    T: (860) 760-3328
    F: (860) 760-3313
    Email:  abaldwin@goldbergsegalla.com

**and**

**DEFENDANTS**
**CITY OF ANSONIA, RHONDA PORRINI, DAVID BLACKWELL, JR., AND ARTHUR J. DAVIES**

By: */s/*                                            
    John P. Marini (ct28112)
    MARINO, ZABEL & SCHELLENBERG, PLLC
    657 Orange Center Road
    Orange, CT  06477
    T: (203) 864-4511
    F: (203) 456-8249
    Email:  jmarini@mzslaw.com

**<u>CERTIFICATION</u>**

  I hereby certify that on November 25, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail (or personal service) to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

               */s/ James A. Budinetz*
                 James A. Budinetz